PROB 12C
(7/93)

Report Date: May 26, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Sherard W. Henderson    Case Number: 0980 2:08CR00099-RHW-1

Address of Offender:                 Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 15, 2009

Original Offense:    Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1) and (b)(1)(c); Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base in the Form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii)

Original Sentence:   Prison - 77 months          Type of Supervision: Supervised Release
                     TSR - 48 months

Asst. U.S. Attorney: Aine Ahmed              Date Supervision Commenced: May 9, 2014

Defense Attorney:    Federal Defenders Office  Date Supervision Expires: May 8, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |//
| | **Supporting Evidence**: On May 24, 2016, Mr. Henderson violated his conditions of supervised release in Spokane, Washington, for being in possession of drug paraphernalia. On May 24, 2016, the undersigned, along with other U.S. probation officers, were granted authorization to search Mr. Henderson's vehicle and residence based on reasonable suspicion that he was in possession of a firearm. A digital scale was located in the vehicle, and a marijuana pipe was found in plain view at his residence. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Henderson, Sherard W.**
**May 26, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 26, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

May 31, 2016
Date