PROB 12C
(6/16)

Report Date: May 19, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sherard W. Henderson          Case Number: 0980 2:08CR00099-RHW-1

Address of Offender:                    Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 15, 2009

Original Offense:   Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1) and (b)(1)(C); Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base in the Form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii)

Original Sentence:   Prison - 77 months          Type of Supervision: Supervised Release
                     TSR - 48 months

Asst. U.S. Attorney:   U.S. Attorney's Office     Date Supervision Commenced: May 9, 2014

Defense Attorney:      Federal Defender's Office  Date Supervision Expires: May 8, 2018

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
|   | **Supporting Evidence**: Mr. Henderson's conditions of supervised release were reviewed with him on May 12, 2014. He signed his conditions acknowledging he shall not commit another federal, state, or local crime. Mr. Henderson violated his conditions of supervised release in Spokane, Washington, on or about May 17, 2017, for being arrested for 1st degree kidnapping charges, Spokane Superior Court case # 17-1-01930-6. According to the police report, Mr. Henderson and an accomplice, entered a residence and abducted the victim, who was hiding in a closet. The victim was dragged by the hair and repeatedly assaulted by Mr. Henderson and the accomplice. The victim was loaded into a vehicle and sped away. Mr. Henderson claimed the victim stole $50,000 from him and the accomplice. Mr. Henderson is currently in the Spokane County Jail. |

Prob12C
**Re: Henderson, Sherard W**
**May 19, 2017**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/19/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Robert A. Whaley*

Signature of Judicial Officer

May 19, 2017

Date