PROB 12C
(6/16)

Report Date: May 31, 2017

# United States District Court

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2017

SEAN F. McAVOY, CLERK

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sherard W. Henderson          Case Number: 0980 2:08CR00099-RHW-1

Address of Offender:                    Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 15, 2009

Original Offense:      Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1) and (b)(1)(C); Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base in the Form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii)

Original Sentence:      Prison - 77 months          Type of Supervision: Supervised Release
                        TSR - 48 months

Asst. U.S. Attorney:   U.S. Attorney's Office          Date Supervision Commenced: May 9, 2014

Defense Attorney:      Federal Defender's Office          Date Supervision Expires: May 8, 2018

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/19/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

**Supporting Evidence**: Mr. Henderson's conditions were reviewed with him on May 12, 2014. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 9, as noted above.

Mr. Henderson violated his terms of supervised release in Spokane, Washington, on or about May 17, 2017, by associating with known felons and/or individuals engaged in criminal activity. As noted in a previous violation petition reported to the Court dated May 19, 2017, Mr. Henderson was arrested for first degree kidnaping. During the course of the alleged offense conduct in this matter, Mr. Henderson was with Ashley Arredondo and Jamar Dickerson. Both individuals are convicted felons under federal supervision and were arrested in relation to the kidnaping and assault matter. The undersigned officer did not authorize Mr. Henderson to associate with Ms. Arredondo or Mr. Dickerson.

Prob12C
**Re: Henderson, Sherard W.**
**May 31, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 31, 2017
                _____

                s/Corey M. McCain
                _____

                Corey M McCain
                U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[ X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

                _____
                Signature of Judicial Officer

                6/1/2017
                _____
                Date