PROB 12C
(6/16)

Report Date: July 27, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sherard W. Henderson          Case Number: 0980 2:08CR00099-RHW-1

Address of Offender:                             Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 15, 2009

Original Offense:    Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1) and (b)(1)(C); Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base in the Form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii);

Original Sentence:   Prison - 77 months           Type of Supervision: Supervised Release
                     TSR - 48 months

Asst. U.S. Attorney:  U.S. Attorney's Office      Date Supervision Commenced: May 9, 2014

Defense Attorney:     Federal Defender's Office   Date Supervision Expires: May 8, 2018

## PETITIONING THE COURT

   To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/19/2017 and 06/01/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Henderson's conditions of supervision were reviewed with him on May 12, 2014.  He signed his conditions acknowledging he understood his conditions of supervision, to include mandatory condition number 2 as noted above. |
| | Mr. Henderson violated his conditions of supervised release in Spokane, Washington, on or about May 17, 2017.  He was arrested on May 18, 2017, for second degree assault (deadly weapon), Spokane Superior Court case # 17-1-01930-6.  According to the police report, Mr. Henderson and an accomplice entered a residence and abducted the victim, who was hiding in a closet.  The victim was dragged by the hair and repeatedly assaulted by Mr. Henderson and the accomplices.  The victim was loaded into a vehicle, which sped away.  Mr. Henderson claims the victim stole $50,000 from him and the accomplice.  Mr. Henderson is currently being held in the Spokane County Jail. |

Prob12C
Re: Henderson, Sherard W.
July 27, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/27/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 27, 2017
Date